**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **CHARLES R. LUTTRELL** )<br>　　　　**Plaintiff,** )<br>**v.** )<br> )<br>**JAMES K. BRANNON, M.D.** )<br>**ORTHOPEDIC SCIENCES, INC.** )<br>**JOINT PRESERVATION INSTITUTE** )<br>**OF KANSAS, L.L.C., and** )<br>**DOCTORS HOSPITAL, L.L.C.** )<br>　　　　**Defendant.** ) | **17-cv-02137-JWL-GEB** |

## ANSWER OF DEFENDANT DOCTORS HOSPITAL, L.L.C

Defendant Doctors Hospital, L.L.C., by and through counsel, answers as follows to the allegations in Plaintiff's Complaint:

1. Defendant admits the allegations in paragraph 5. Defendant further admits that Plaintiff underwent surgery on March 4, 2015, as alleged in paragraph 16.

2. Defendant is without sufficient information to either admit or deny the allegations in paragraphs 1-4, 7, 19, and 20-22.

3. The allegations in paragraphs 9, 12-17, 24, 25 (including all subparts), 32 (including all subparts), and 33-35 are directed solely to other defendants, and thus, do not require a response from this Defendant. To the extent a response is required, these allegations are denied.

4. The allegations in paragraphs 10 and 11 appear to be directed to other defendants. To that extent, no response is required of this Defendant. To the extent a response is required, these allegations are denied. To the extent that this the term "Defendant" in either paragraph is intended to include this Defendant, the allegations attributed to "Defendants" are specifically denied by this Defendant.

5. Answering paragraph 18, Defendant admits that charges were made in the amounts alleged. The balance of the allegations in paragraph 18 are directed to other defendants, and, thus, a response from this Defendant is not required. To the extent a response is required, these allegations are denied.

6. Defendant denies the allegations in 26, 28, 29, 30, 36, 37, 38, 40-42, 44-47 (including all subparts thereof), 49-53, 55-60, and 62.

7. Answering paragraphs 6, 8, 23, 27, 31, 39, 43, 48, 54, and 61, Defendant incorporates its responses to the allegations incorporated therein.

## AFFIRMATIVE DEFENSES

1. Any and all allegations contained in Plaintiff's Complaint which are not specifically admitted herein are denied.

2. Plaintiff has failed to state a claim upon which relief may be granted.

3. Some or all of Plaintiff's claims are barred by the applicable statutes of limitation.

4. If Plaintiff received any injuries or damages alleged in the Complaint, which the Defendant denies, then alleged liability on the part of this Defendant should be reduced by the negligence of other parties both named and unnamed, including Plaintiff, whose negligence was of such nature and character and exists to such a comparative degree and extent so as to bar or reduce recovery against Defendant.

5. Any award against this Defendant should be reduced by the amount of any compromise or settlement between plaintiff and any party, both named and unnamed, arising out of the facts or circumstances alleged in Plaintiff's Complaint.

6. Pursuant to K.S.A. § 40-3403(h), Defendant may not be held vicariously liable or responsible for the alleged negligence of any other parties to this action.

7.	This defendant reserves the right to plead all other affirmative defenses pursuant to Fed R. Civ. Pro. 8 which, through discovery, may become applicable.

**WHEREFORE,** having fully answered the allegations contained in Plaintiff's Complaint, Defendant prays that Plaintiff take naught and that the same be dismissed with prejudice; that Defendant be discharged with its costs and fees expended; and for all other relief deemed just and proper.

Respectfully submitted,

**SIMPSON, LOGBACK, LYNCH, NORRIS, P.A.**

By: */s/ Mark A. Lynch*
    Mark A. Lynch, KS Bar 14277
    7400 West 110th Street, Suite 600
    Overland Park, Kansas 66210
    Telephone: (913) 342-2500
    Facsimile: (913) 342-0603
    mlynch@slln.com
    Attorneys for Doctors Hospital, L.L.C.

## CERTIFICATE OF SERVICE

I certify that on this 30th day of March 2017, I electronically filed this Answer with the Court using the CM/ECF system.

It is hereby certified that a true and correct copy of the above and foregoing was deposited in the United States mail, first class postage, prepaid, on this 30th day of March, 2017, to:

James K. Brannon, M.D., individually,
and Registered Agent for
Orthopedic Sciences, Inc.
11220 Meadow Lane
Leawood, KS  66211

Joint Preservation Institute of Kansas, L.L.C.
Registered Agent Maggie L. Neustadt
2209 W. 123rd Terrace
Leawood, KS  66209

                                            */s/ Mark A. Lynch*
                                            Attorney