IN THE UNITED STATES, DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHARLES R. LUTTRELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:17-cv-02137-JWL-GEB |
| ) | |
| JAMES K. BRANNON, M.D., ) | |
| ORTHOPEDIC SCIENCES, INC., ) | |
| JOINT PRESERVATION INSTITUTE ) | |
| OF KANSAS, L.L.C., and ) | |
| DOCTORS HOSPITAL, L.L.C. ) | |
| ) | |
| Defendants. ) | |

## CLERK'S ORDER GRANTING
## EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

NOW, on this 27th day of April, 2017, pursuant to Rule 77.2(a)(2) of the Rules of Practice for the United States District Court for the District of Kansas, Defendant James K. Brannon, M.D., is granted fourteen (14) additional days within which to answer or file other pleadings in response to Plaintiff's Complaint herein.  Defendant was served on April 8, 2017, thus, the answer was originally due on May 1, 2017.  The 14-day extension makes the answer or otherwise responsive pleading due on May 15, 2017.  The time originally prescribed has not expired. All defenses, including but not limited to, jurisdiction, venue and insufficiency of service of process are preserved. Accordingly, James K. Brannon, M.D., is hereby granted an extension until the 15th day of May, 2017, to answer or otherwise plead herein.

                                                        ___s/ Charles Van Ness, Deputy Clerk_____
                                                        Clerk, United States District Court

SUBMITTED BY:

s/Lora M. Jennings
Lora M. Jennings # 22044
MARTIN, PRINGLE, OLIVER,
   WALLACE & BAUER, L.L.P.
9401 Indian Creek Parkway
Building 40, Suite 1150
Overland Park, KS  66210
Telephone:  (913) 491-5500
FAX:  (913) 491-3341
lmjennings@marginpringle.com
*Attorneys for Defendant*
*James K. Brannon, M.D.*