**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| CHARLES R. LUTTRELL,<br><br>*Plaintiff*,<br><br>v.<br><br>JAMES K. BRANNON, M.D.,<br>ORTHOPEDIC SCIENCES, INC.,<br>JOINT PRESERVATION INSTITUTE<br>OF KANSAS, LLC, and<br>DOCTORS HOSPITAL, LLC,<br><br>*Defendants*. | ) | Case No. 17-2137 |

**UNOPPOSED MOTION TO EXTEND THE ANSWER**
**DEADLINE OF ORTHOPEDIC SCIENCES, INC.**

Defendant, Orthopedic Sciences, Inc. ("OSI"), hereby moves the Court for an order extending its deadline to file an Answer in this matter to and including May 30, 2017. In support of this Motion, OSI states:

1. Though there may be some confusion, counsel for OSI believes that OSI's deadline for filing an Answer in this case, by agreement of counsel, is currently May 15, 2017.

2. Due to the press of other business, OSI desires to extend this deadline to and including May 30, 2017.

3. Counsel for OSI has consulted with counsel for Plaintiff, who does not oppose said extension.

WHEREFORE, OSI respectfully requests that the Court grant this unopposed Motion to extend OSI's deadline to Answer Plaintiff's Complaint to and including May 30, 2017.

Respectfully submitted,

FOULSTON SIEFKIN LLP

By: */s/ Daniel J. Buller*
Daniel J. Buller, KS #25002
32 Corporate Woods, Suite 600
9225 Indian Creek Parkway
Overland Park, Kansas 66210-2000
Telephone: (913) 253-2179
Facsimile: (866) 347-9613
Email: dbuller@foulston.com

***Attorneys for Defendant Orthopedic Sciences, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of May, 2017, I electronically filed the above Unopposed Motion to Extend the Answer Deadline of Orthopedic Sciences, Inc. with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Daniel J. Buller*
Daniel J. Buller, #25002