MARTIN, PRINGLE, OLIVER,
  WALLACE & BAUER, L.L.P.
100 N. Broadway, Suite 500
Wichita, KS 67202
(316) 265-9311
dswooding@martinpringle.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHARLES R. LUTTRELL, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAMES K. BRANNON, M.D., ) <br> ORTHOPEDIC SCIENCES, INC., ) <br> JOINT PRESERVATION INSTITUTE ) <br> OF KANSAS, L.L.C., and ) <br> DOCTORS HOSPITAL, L.L.C., ) <br> ) <br> Defendants. ) <br> ) | Case No. 17-CV-2137-JWL-GEB |

## **ENTRY OF APPEARANCE**

COMES NOW David S. Wooding of Martin, Pringle, Oliver, Wallace & Bauer, L.L.P. and hereby enters his appearance on behalf of defendants James K. Brannon, M.D., and Joint Preservation Institute of Kansas, L.L.C.

MARTIN, PRINGLE, OLIVER,
  WALLACE & BAUER, L.L.P.

 */s/ David S. Wooding*
David S. Wooding, #10781
100 N. Broadway, Suite 500
Wichita, KS 67202
(316) 265-9311
(316) 265-2955 (facsimile)
dswooding@martinpringle.com
*Attorneys for Defendants James K. Brannon, M.D.,
and Joint Preservation Institute of Kansas, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2017, I electronically filed the foregoing **Entry of Appearance** via the CM/ECF system, which will deliver electronic notification to:

David M. Peterson
Derrick A. Pearce
Peterson & Associates, PC
801 W. 47th Stree, Suite 107
Kansas City, MO 64112
dmp@petersonlawfim.com
dap@petersonlawfirm.com
*Attorneys for Plaintiff*

Daniel J. Buller
Foulston Siefkin, L.L.P.
32 Corporate Woods, Suite 600
9225 Indian Creek Parkway
Overland Park, KS 66210
dbuller@foulston.com
*Attorneys for Defendant Orthopedic Sciences, Inc.*

John Wesley Smith
Mark A. Lynch
Simpson, Logback, Lynch & Norris, PA
7400 West 110th Street, Suite 600
Overland Park, KS 66210
wsmith@slln.com
mlynch@slln.com
*Attorneys for Defendant Doctors Hospital, L.L.C.*

                                                  */s/ David S. Wooding*