IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHARLES R. LUTTRELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:17-cv-02137-JWL-GEB |
| | ) |
| JAMES K. BRANNON, M.D., | ) |
| ORTHOPEDIC SCIENCES, INC., | ) |
| JOINT PRESERVATION INSTITUTE | ) |
| OF KANSAS, L.L.C., and | ) |
| DOCTORS HOSPITAL, L.L.C. | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF CHANGE OF ADDRESS FOR THE HEALTH LAW PARTNERS, P.C., CO-COUNSEL FOR DEFENDANT, ORTHOPEDIC SCIENCES, INC.**

TO:   CLERK OF THE COURT

   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that, effective immediately, the address for The Health Law Partners, P.C., counsel for Defendant Orthopedic Sciences, Inc., has changed to:  32000 Northwestern Highway, Suite 240, Farmington Hills, Michigan, 48334.  The telephone numbers and email addresses remain the same.  Please note this change of address and forward all future communications to the new address.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: September 26, 2017 | FOULSTON SIEFKIN, L.L.P. |

/s/ David Rogers
David Rogers, #13320
Daniel J. Buller, #25002
drogers@foulston.com
dbuller@foulston.com
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206-4466
Phone: (316) 291-9708
Fax: (866) 347-5133
9225 Indian Creek Pkwy., Suite 600
Overland Park, Kansas 66210
Phone: (913) 253-2179
Fax: (866) 347-9613

and

THE HEALTH LAW PARTNERS, P.C.

/s/ James R. Witham
Clinton Mikel, (Pro hac vice)
Adrienne Dresevic, (Pro hac vice)
James Randall Witham, (Pro hac vice)
cmikel@thehlp.com
adresevic@thehlp.com
jwitham@thehlp.com
32000 Northwestern Hwy, Suite #240
Farmington Hills, MI 48334
Phone: (248) 996-8510
Fax: (248) 996-8525

**ATTORNEYS FOR DEFENDANT ORTHOPEDIC SCIENCES INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of September, 2017, I electronically filed the foregoing with the Clerk of the Court by using the Court's CM/ECF system, which will send email notification of electronic filing to counsel for all parties of record.

>*/s/David Rogers*
>David Rogers