IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHARLES R. LUTTRELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 17-2137-JWL-GEB |
| v. | ) |
| | ) |
| JAMES K. BRANNON, M.D.; | ) |
| ORTHOPEDIC SCIENCES, INC.; | ) |
| JOINT PRESERVATION INSTITUTE | ) |
| OF KANSAS, L.L.C.; | ) |
| DOCTORS HOSPITAL, L.L.C.; | ) |
| MAURICIO GARCIA, M.D.; THE | ) |
| HEADACHE & PAIN CENTER, P.A.; | ) |
| and PATIENTFIRST HEALTHCARE | ) |
| ALLIANCE, P.A., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT OSI'S MOTION TO DISMISS

COMES NOW the Defendant, Orthopedic Sciences, Inc. ("OSI"), pursuant to Fed. R. Civ. P. 8, 9(b), and 12(b)(6), and hereby moves the Court for an order dismissing Counts III and VI of Plaintiff's Second Amended Complaint ("SAC"). With respect to these Counts, Plaintiff has failed to state a claim upon which relief can be granted and has failed to plead with adequate particularity the circumstances giving rise to his claims, including those claims constituting fraud or mistake. In addition, OSI submits a memorandum in support of this Motion which is filed contemporaneously pursuant to D. Kan. Rule 7.1.

WHEREFORE, OSI respectfully requests that Plaintiff's Counts III and VI of the SAC be dismissed pursuant to Fed. R. Civ. P. 8, 9(b), and 12(b)(6) and for any other or further relief as the Court deems just and equitable.

Respectfully Submitted,

FOULSTON SIEFKIN, L.L.P.

/s/ Gary L. Ayers
Gary L. Ayers, #10345
David E. Rogers, #13320
Daniel J. Buller, #25002
gayers@foulston.com
drogers@foulston.com
dbuller@foulston.com
1551 N. Waterfront Parkway
Suite 100
Wichita, Kansas 67206-4466
Phone: (316) 291-9708
Fax: (866) 347-5133
9225 Indian Creek Pkwy.
Suite 600
Overland Park, Kansas 66210
Phone: (913) 253-2179
Fax: (866) 347-961

THE HEALTH LAW PARTNERS, P.C.

/s/ James R. Witham
Clinton Mikel, (Pro hac vice)
Adrienne Dresevic, (Pro hac vice)
James Randall Witham, (Pro hac vice)
cmikel@thehlp.com
adresevic@thehlp.com
jwitham@thehlp.com
32000 Northwestern Hwy.
Suite #240
Farmington Hills, MI 48334
Phone: (248) 996-8510
Fax: (248) 996-8525

**ATTORNEYS FOR DEFENDANT ORTHOPEDIC SCIENCES, INC.**

## CERTIFICATE OF SERVICE

    I certify that on the 15th day of August, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send email notification of electronic filing to counsel for all parties of record.

                                            /s/ Gary L. Ayers