IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHARLES R. LUTTRELL,            )<br>                                 )<br>           Plaintiff,            )<br>                                 )<br>v.                               )       Case No. 2:17-cv-02137-HLT-GEB<br>                                 )<br>JAMES K. BRANNON, M.D.,          )<br>ORTHOPEDIC SCIENCES, INC.,       )<br>JOINT PRESERVATION INSTITUTE     )<br>OF KANSAS, L.L.C., and           )<br>DOCTORS HOSPITAL, L.L.C.         )| |

**DEFENDANTS JAMES K. BRANNON, M.D. AND JOINT PRESERVATION
INSTITUTE OF KANSAS, L.L.C.'S
REVISED DESIGNATION OF COMPARATIVE FAULT**

COME NOW, Defendants Dr. James K. Brannon and Joint Preservation Institute of Kansas, L.L.C. (JPI), by and through their attorneys, David S. Wooding and Lora M. Jennings, of Martin, Pringle, Oliver, Wallace & Bauer, L.L.P., and pursuant to the Court's Second Scheduling Order (Doc. 208), make this disclosure of contentions regarding comparative fault.

1. Pursuant to the provisions of K.S.A. 60-258a, the fault of others over whom Dr. Brannon and JPI had no control, if any, must be compared herein. At this stage in the litigation, with discovery ongoing, Dr. Brannon and JPI have not had the opportunity to fully analyze the facts of this case with an expert witness. Dr. Brannon and JPI reserve the right to have the jury compare the fault of all health care providers, should discovery uncover negligence on the part of other health care providers.

2. Dr. Brannon and JPI reserve the right to compare the fault of David W. Anderson, M.D., employees of or health care providers associated with the University of Kansas Hospital, the Kansas University Hospital Authority, the University of Kansas Physicians Group and the University of Kansas Medical Center.

1

3. Dr. Brannon and JPI reserve the right to compare the fault of the Plaintiff.

4. Dr. Brannon and JPI reserve the right to compare the fault of any additional person or entity who may become known to them during the course of discovery.

5. Dr. Brannon and JPI will amend this designation as required by the rules and/or order of the Court and as the information necessary becomes available through normal discovery process.

Respectfully submitted,

MARTIN, PRINGLE, OLIVER,
  WALLACE & BAUER, L.L.P.

s/ David S. Wooding
David S. Wooding, #10781
100 N. Broadway, Suite 500
Wichita, KS 67202
(316) 265-9311
(316) 265-2955 (Fax)
dswooding@martinpringle.com

and

MARTIN, PRINGLE, OLIVER,
  WALLACE & BAUER, L.L.P.

s/Lora M. Jennings
Lora M. Jennings    KS Bar #22044
9401 Indian Creek Parkway
Building 40, Suite 1150
Overland Park, KS 66210
(913) 491-5500
(913) 491-3341 (Fax)
lmjennings@martinpringle.com

*ATTORNEYS FOR DEFENDANT
JAMES K. BRANNON, M.D. and JOINT
PRESEVRATION INSTITUTE OF KANSAS, L.L.C.*

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of July, 2019, the foregoing Defendants James K. Brannon and Joint Preservation Institute of Kansas, L.L.C.'s Designation of Comparative Fault was electronically filed by using the Court's CM/ECF system, which will send e-mail notification of electronic filing to counsel for all parties of record.

                                              s/ Lora M. Jennings
                                              Lora M. Jennings   #22044