IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHARLES R. LUTTRELL,<br><br>Plaintiff,<br><br>v.<br><br>JAMES K. BRANNON, M.D.,<br>ORTHOPEDIC SCIENCES, INC.,<br>JOINT PRESERVATION INSTITUTE<br>OF KANSAS, LLC,<br><br>Defendants. | )<br>)<br>)<br>) Case No. 2:17-cv-02137-HLT-GEB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION FOR CONSENT JUDGMENT

Plaintiff Charles Luttrell ("**Luttrell**"), and defendant Orthopedic Sciences, Inc. ("**OSI**"), by and through their respective undersigned counsel, hereby file this Joint Motion for Consent Judgment (the "**Joint Motion**"), and move to enter judgment in the form of the proposed order attached hereto, stating as follows:

1. Luttrell initiated the above-captioned action upon the filing of his Complaint on March 3, 2017 (ECF 1), and thereafter filed an Amended Complaint on December 21, 2017 (ECF 84), and thereafter filed a Second Amended Complaint on July 3, 2018 (ECF 151).

2. The Court granted a Motion to Dismiss, with prejudice, as to the following claims of Luttrell in his Second Amended Complaint (ECF 191):

   a. Count III (RICO);

   b. Count IV (Civil Conspiracy);

   c. Count VI (KCPA);

        d.   Count IX (Vicarious Liability);

        e.   Count X (Alter Ego Liability); and

        f.   Count XI (punitive damages).

3.    Since the commencement of the action, the parties have vigorously litigated the issues.

4.    Under all of the circumstances, the parties have negotiated at arm's length a resolution of the disputes which includes, *inter alia*, agreement for entry of judgment by consent in favor of the defendants and against Luttrell as to all of Luttrell's remaining claims (e.g., Count I Professional Negligence, Count II Lack of Informed Consent, Count V Fraud (subsumed by Count I and Count II), Count VII Breach of Implied Warranty of Fitness, and Count VIII Strict Liability Failure to Warn (ECF 151)), and as more particularly described in the form of the proposed Order attached hereto (**ATTACHMENT A**).

5.    The parties request this Court enter the attached Order forthwith.

6.    Recognizing, however, that the entry of the judgment by consent and the attached proposed order lies within the province of the Court, the parties agree that the act of making the request for entry of consent judgment and the filing of this Joint Motion will not be deemed an admission or bind the parties to any findings of fact or law unless and until the Court accepts and enters the consent judgment order.

**WHEREFORE**, the parties jointly request that the Court enter an order: (i) granting the Joint Motion; (ii) entering the attached proposed Order Granting Joint Motion for Consent Judgment; and (iii) granting such other relief as this Court deems just and proper under the circumstances.

Respectfully Submitted,

| | |
|---|---|
| **ATTORNEYS FOR DEFENDANT ORTHOPEDIC SCIENCES INC.**<br><br>**FOULSTON SIEFKIN, L.L.P.**<br><br><u>/s/ David Rogers</u><br>David E. Rogers, #13320<br>Daniel J. Buller, #25002<br>drogers@foulston.com<br>dbuller@foulston.com<br>1551 N. Waterfront Parkway, Suite 100<br>Wichita, Kansas 67206-4466<br>Phone: (316) 291-9708<br>Fax: (866) 347-5133<br>9225 Indian Creek Pkwy., Suite 600<br>Overland Park, Kansas 66210<br> Phone: (913) 253-2179<br>Fax: (866) 347-961<br><br>**THE HEALTH LAW PARTNERS, P.C.**<br><br><u>/s/ Clinton Mikel</u><br>Clinton Mikel, (Pro hac vice)<br>Adrienne Dresevic, (Pro hac vice)<br>cmikel@thehlp.com<br>adresevic@thehlp.com<br>32000 Northwestern Hwy., Suite #240<br>Farmington Hills, MI 48334<br>Phone: (248) 996-8510<br>Fax: (248) 996-8525 | **ATTORNEYS FOR PLAINTIFF CHARLES LUTTRELL**<br><br>**PETERSON & ASSOCIATES, P.C.**<br><br><u>/s/  Kevin T. Young</u><br>Kevin Young            #62451<br>801 W. 47th Street, Suite 107<br>Kansas City, Missouri 64112<br>(816) 531-4440<br>(816) 531-0660 (Facsimile)<br>kty@petersonlawfirm.com |

## **CERTIFICATE OF SERVICE**

I certify that on October 24 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send email notification of electronic filing to counsel for all parties of record.

/s/  Kevin T. Young
Kevin Young          #62451
801 W. 47th Street, Suite 107
Kansas City, Missouri 64112
(816) 531-4440
(816) 531-0660 (Facsimile)
kty@petersonlawfirm.com