IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHARLES R. LUTTRELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:17-2137-JWL-GEB |
| v. | ) |
| | ) |
| JAMES K. BRANNON, M.D., | ) |
| ORTHOPEDIC SCIENCES, INC., | ) |
| JOINT PRESERVATION INSTITUTE | ) |
| OF KANSAS, LLC, and | ) |
| DOCTORS HOSPITAL, LLC | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the parties' Joint Motion for Consent Judgment (the "**Joint Motion**"), and with this Court previously having granted a Motion to Dismiss with prejudice certain Counts related to allegations of widespread fraud (ECF 191), the following is ordered by the United States District Court for the District of Kansas on this day _____, 2019:

**ORDERED**, that the Joint Motion be, and the same hereby is, **GRANTED**; and it is further

**ORDERED**, that the Court enters judgment in the defendants' favor on Count I Professional Negligence, Count II Lack of Informed Consent, Count V Fraud (subsumed by Count I and Count II), Count VII Breach of Implied Warranty of Fitness, and Count VIII Strict Liability Failure to Warn of Charles Luttrell's Second Amended Complaint (ECF No. 151), declaring that (1) Plaintiff had avascular necrosis in his right hip, (2) there was no product failure

of the medical device in question, and (3) that there was no professional negligence by James K. Brannon, M.D.; and it is further

**ORDERED**, that all of Luttrell's claims are dismissed with prejudice, and this judgment shall have the effect of res judicata between the parties; and it is further

**ORDERED**, that neither party is awarded attorneys' fees or costs, including costs taxable under Fed. R. Civ. P. 54 or KS Local Rules 54.1 or 54.2; and it is further

**ORDERED**, that this case is concluded in all respects and shall be closed by the Clerk of the Court.

    **IT IS SO ORDERED.**

_____                    _____
Date                                      District Court Judge

4846-0646-2890, v. 1