IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**CHARLES R. LUTTRELL,**

    **Plaintiff,**

    v.

**JAMES K. BRANNON, M.D., et al.,**

    **Defendants.**

Case No. 2:17-cv-2137-HLT

## ORDER

The parties move for consent judgment. Doc. 283. The Court previously granted a motion to dismiss with prejudice certain counts related to allegations of widespread fraud (Doc. 191). After review, the Court enters the following order.

THE COURT THEREFORE ORDERS the parties' Joint Motion for Consent Judgment (Doc. 283) is GRANTED.

THE COURT FURTHER ORDERS that JUDGMENT be entered in Defendants' favor on Count I Professional Negligence, Count II Lack of Informed Consent, Count V Fraud (subsumed by Count I and Count II), Count VII Breach of Implied Warranty of Fitness, and Count VIII Strict Liability Failure to Warn of Charles Luttrell's Second Amended Complaint (ECF No. 151), declaring that (1) Plaintiff had avascular necrosis in his right hip, (2) there was no product failure of the medical device in question, and (3) that there was no professional negligence by James K. Brannon, M.D.

THE COURT FURTHER ORDERS that all of Plaintiff's claims are DISMISSED WITH PREJUDICE and this judgment shall have the effect of res judicata between the parties.

THE COURT FURTHER ORDERS that neither party is awarded attorneys' fees or costs, including costs taxable under Fed. R. Civ. P. 54 or District of Kansas Local Rule 54.1 or 54.2.

THE COURT FURTHER ORDERS that this case is concluded in all respects and shall be CLOSED by the Clerk of Court.

IT IS SO ORDERED.

Dated: October 25, 2019

                                            /s/ *Holly L. Teeter*
                                            HOLLY L. TEETER
                                            UNITED STATES DISTRICT JUDGE